Terry Hardage
180 Prairiei Street
Myrtle Creek, Oregon 97457
(541) 580-8466

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 18 2013

FILED 3/18/13
DOCKETED 3/18/13 HC
DATE    INITIAL

# UNITED STATES STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

Terry Hardage,

        Plaintiff,

v.

Wayne Hagen, et al.,

        Defendants.

Case No. 6:12-cv-01876

**13-70986**

## WRIT OF MANDAMUS

The plaintiff moves this court for a writ of mandamus requesting the Ann Aiken issue decisions on motion which are beyond the 60 day limit as follows:

    a.    State Defendants' Motion to Dismiss, dated December 27, 2012;

    b.    Motion in Oppositions to Defendants' Wayne Hagen and Ryan Loosli Motion to Dismiss, dated January 2, 2013;

    c.    Plaintiffs' Motion to Dismiss, First Amended Complaint, Dated 31, 2012;

    d.    Defendants' Kids First Center, Tina Morgan, Elizabeth Heskett and Donna Partridge Motion to Dismiss and Motion for Summary Judgment, dated December 21, 2012;

  e. Motion in Opposition to Defendants' Kid First Center, Tina Morgan, Elizabeth Haskett and Donna Partridge Motion to Dismiss and Motion for Summary Judgment, dated December 31, 2012;

  f. Plaintiffs' Motion for leave to file second amended complaint, with attached amended complaint as exhibit A, dated Decdember 31,2012.

 Due to the 60 day delay I woukld request this honorable court issue it order requesting the ruling on the above motions.

 Dated this 13 day of March 2013.

         Respectfully Submitted

         _____
         Terry Hardage

Terry Hardage
180 Prairiei Street
Myrtle Creek, Oregon 97457
(541) 580-8466

## UNITED STATES STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

Terry Hardage,

        Plaintiff,

v.

        Case No. 6:12-cv-01876

Wayne Hagen, et al.,

        Defendants.

### WRIT OF MANDAMUS

The plaintiff moves this court for a writ of mandamus requesting the Ann Aiken issue decisions on motion which are beyond the 60 day limit as follows:

    a.    State Defendants' Motion to Dismiss, dated December 27, 2012;

    b.    Motion in Oppositions to Defendants' Wayne Hagen and Ryan Loosli Motion to Dismiss, dated January 2, 2013;

    c.    Plaintiffs' Motion to Dismiss, First Amended Complaint, Dated 31, 2012;

    d.    Defendants' Kids First Center, Tina Morgan, Elizabeth Heskett and Donna Partridge Motion to Dismiss and Motion for Summary Judgment, dated December 21, 2012;

1

  e. Motion in Opposition to Defendants' Kid First Center, Tina Morgan, Elizabeth Haskett and Donna Partridge Motion to Dismiss and Motion for Summary Judgment, dated December 31, 2012;

  f. Plaintiffs' Motion for leave to file second amended complaint, with attached amended complaint as exhibit A, dated Decdember 31, 2012.

Due to the 60 day delay I woukld request this honorable court issue it order requesting the ruling on the above motions.

Dated this 13 day of March 2013.

          Respectfully Submitted

          Terry Hardage

IFP,PARTCONS

## U.S. District Court
### District of Oregon (Eugene (6))
### CIVIL DOCKET FOR CASE #: 6:12-cv-01876-AA

| | |
|---|---|
| Hardage v. Hagen, et al | Date Filed: 10/18/2012 |
| Assigned to: Chief Judge Ann L. Aiken | Jury Demand: Plaintiff |
| Demand: $2,000,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Terry Hardage**               represented by  **Terry Hardage**
                                                177 Prairie Street
                                                Myrtle Creek, OR 97457
                                                (541) 580-8466
                                                PRO SE

V.

**Defendant**

**Wayne Hagen**                 represented by  **Damien T. Munsinger**
                                                Oregon Department of Justice
                                                1162 Court Street NE
                                                Salem, OR 97310
                                                503-947-4700
                                                Fax: 503-947-4791
                                                Email: damien.munsinger@doj.state.or.us
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Ryan Loosli**                 represented by  **Damien T. Munsinger**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Elizabeth Heskett**           represented by  **Sebastian Newton-Tapia**
                                                Lane County Counsel
                                                125 East 8th Avenue
                                                Eugene, OR 97401
                                                (541) 682-3728
                                                Fax: (541) 682-3803
                                                Email: sebastian.newton-tapia2@co.lane.or.us
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

Donna Partridge     represented by     **Sebastian Newton-Tapia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Rebecca Martin     represented by     **Damien T. Munsinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Kids First Center     represented by     **Sebastian Newton-Tapia**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/18/2012 | 1 | Application for Leave to Proceed IFP. Filed by Terry Hardage. (ljb) (Entered: 10/18/2012) |
| 10/18/2012 | 2 | Complaint. Jury Trial Requested: Yes. Filed by Terry Hardage against Wayne Hagen, Elizabeth Heskett, Ryan Loosli, Rebecca Martin, Donna Partridge. (ljb) (Entered: 10/18/2012) |
| 10/18/2012 | 3 | **Notice of Case Assignment:** This case is assigned to Chief Judge Ann L. Aiken. (ljb) (Entered: 10/18/2012) |
| 10/18/2012 | 4 | Clerk's Notice of Mailing to Terry Hardage regarding Case Assignment Notice 3 . (ljb) (Entered: 10/18/2012) |
| 11/06/2012 | 5 | **ORDER:** Granting Motion for Leave to Proceed in Forma Pauperis 1 . The Clerk is directed to issue summons in this case and to forward to the USMS the papers received from the plaintiff for service of process, including the completed USM285. Signed on 11/6/12 by Chief Judge Ann L. Aiken. (ljb) (Entered: 11/07/2012) |
| 11/06/2012 | 6 | Clerk's Notice of Mailing to Plaintiff Terry Hardage regarding Order on motion/application for leave to proceed ifp 5 . (ljb) (Entered: 11/07/2012) |
| 11/14/2012 | 7 | Notice of Case Assignment to Chief Judge Ann L. Aiken and Discovery and Pretrial Scheduling Order. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3-5.** Discovery is to be completed by 3/14/2013. Joint Alternate Dispute Resolution Report is due by 4/15/2013. Pretrial Order is due by 4/15/2013. Ordered by Chief Judge Ann L. Aiken. (ljb) (Entered: 11/15/2012) |
| 11/14/2012 | 8 | Clerk's Notice of Mailing to Terry Hardage regarding Discovery order 7 . (ljb) (Entered: 11/15/2012) |

| | | |
|---|---|---|
| 11/16/2012 | 9 | Summons Issued as to Wayne Hagen, Elizabeth Heskett, Ryan Loosli, Rebecca Martin, Donna Partridge. (Summons, USM 285 form(s), and copies of the Complaint and Order to Proceed *in forma pauperis* forwarded to the U.S. Marshals Service for service.) Main document: Summons issued as to Defendant Hagen (Attachments: # 1 Summons issued as to Defendant Loosli, # 2 Summons issued as to Defendant Heskett, # 3 Summons issued as to Defendant Partridge, # 4 Summons issued as to Defendant Martin) (ljb) (Entered: 11/18/2012) |
| 11/30/2012 | 10 | Summons Issued as to Kids First Center. (Summons, USM 285 form(s), and copies of the Complaint and Order to Proceed *in forma pauperis* forwarded to the U.S. Marshals Service for service.) (ljb) (Entered: 11/30/2012) |
| 12/04/2012 | 11 | Motion for Leave to File First Amended Complaint. Filed by Terry Hardage. (ljb) (Entered: 12/05/2012) |
| 12/07/2012 | 12 | Return of Service Executed as to Wayne Hagen served on 12/4/2012. Filed by Terry Hardage. (ljb) (Entered: 12/10/2012) |
| 12/07/2012 | 13 | Return of Service Executed as to Ryan Loosli served on 12/4/2012. Filed by Terry Hardage. (ljb) (Entered: 12/10/2012) |
| 12/07/2012 | 14 | Return of Service Executed as to Elizabeth Heskett served on 12/4/2012. Filed by Terry Hardage. (ljb) (Entered: 12/10/2012) |
| 12/12/2012 | 15 | Return of Service Executed as to Rebecca Martin served on 12/7/2012. Filed by Terry Hardage. (ljb) (Entered: 12/14/2012) |
| 12/12/2012 | 16 | Return of Service Executed as to Donna Partridge served on 12/7/2012. Filed by Terry Hardage. (ljb) (Entered: 12/14/2012) |
| 12/12/2012 | 17 | Return of Service Executed as to Kids First Center served on 12/12/2012. Filed by Terry Hardage. (ljb) (Entered: 12/14/2012) |
| 12/21/2012 | 18 | Motion to Dismiss , Motion for Summary Judgment . Filed by Elizabeth Heskett, Kids First Center, Donna Partridge. (Newton-Tapia, Sebastian) (Entered: 12/21/2012) |
| 12/21/2012 | 19 | Memorandum in Support *of Motion to Dismiss; Motion for Summary Judgment*. Filed by Elizabeth Heskett, Kids First Center, Donna Partridge. (Related document(s): Motion to Dismiss, Motion for Summary Judgment 18 .) (Newton-Tapia, Sebastian) (Entered: 12/21/2012) |
| 12/21/2012 | 20 | Declaration of Tina Morgan *in Support of Motion to Dismiss; Motion for Summary Judgment*. Filed by Elizabeth Heskett, Kids First Center, Donna Partridge. (Related document(s): Motion to Dismiss, Motion for Summary Judgment 18 .) (Newton-Tapia, Sebastian) (Entered: 12/21/2012) |
| 12/27/2012 | 21 | Motion to Dismiss . Filed by Wayne Hagen, Ryan Loosli, Rebecca Martin. (Munsinger, Damien) (Entered: 12/27/2012) |
| 12/27/2012 | 22 | Memorandum in Support . Filed by Wayne Hagen, Ryan Loosli, Rebecca Martin. (Related document(s): Motion to Dismiss 21 .) (Munsinger, Damien) (Entered: 12/27/2012) |

| | | |
|---|---|---|
| 01/03/2013 | 23 | Motion for Leave to File Second Amended Complaint. Filed by Terry Hardage. (cp) (Entered: 01/03/2013) |
| 01/03/2013 | 24 | Memorandum in Opposition to Defendants' Kids First Center Tina Morgan, Elizabeth Haskett and Donna Partridge Motion to Dismiss and Motion for Summary Judgment 18 (Titled "Motion in Opposition to Defendants' Kids First Center Tina Morgan, Elizabeth Haskett and Donna Partridge Motion to Dismiss and Motion for Summary Judgment"). Filed by Terry Hardage. (cp) (Entered: 01/03/2013) |
| 01/03/2013 | 25 | Memorandum "Motion" in Opposition to Motion to Dismiss 21 . Filed by Terry Hardage. (cp) (Entered: 01/09/2013) |
| 01/03/2013 | 26 | Motion to Withdraw "Dismiss" the Motion for Leave to File First Amended Complaint 11 . Filed by Terry Hardage. (cp) (Additional attachment(s) added on 1/9/2013: # 1 Certificate of Service) (cp). (Entered: 01/09/2013) |
| 01/11/2013 | 27 | Response in Opposition *(titled "State Defendants' Response to Plaintiff's Motion for Leave to File Second Amended Complaint")* to Motion for Leave to File Amended Complaint/Petition 23 . Filed by Wayne Hagen, Ryan Loosli, Rebecca Martin. (Munsinger, Damien) (Entered: 01/11/2013) |
| 01/15/2013 | 28 | Reply to Motion for Leave to File Amended Complaint/Petition 23 . Filed by Terry Hardage. (ljb) (Entered: 01/16/2013) |
| 01/22/2013 | 29 | Unopposed Motion to Withdraw *Motion to Dismiss*. Filed by Elizabeth Heskett, Kids First Center, Donna Partridge. (Newton-Tapia, Sebastian) (Entered: 01/22/2013) |
| 01/22/2013 | 30 | Answer to 2 Complaint . Filed by Elizabeth Heskett, Kids First Center, Donna Partridge. (Newton-Tapia, Sebastian) (Entered: 01/22/2013) |
| 01/24/2013 | 31 | **ORDER:** Granting Motion to Withdraw 29 portion of motion 26 which is a motion to dismiss; The motion for summary judgment remains in place. Ordered by Chief Judge Ann L. Aiken. A copy of this order is mailed to plaintiff Hardage on this date. (cw) (Entered: 01/24/2013) |
| 01/29/2013 | 32 | Response in Opposition to Motion to Dismiss Motion for Summary Judgment 18 . Filed by Terry Hardage. (ljb) (Entered: 01/29/2013) |
| 01/30/2013 | 33 | Unopposed Motion for Protective Order *on Timing of Discovery*. Filed by Elizabeth Heskett, Kids First Center, Donna Partridge. (Newton-Tapia, Sebastian) (Entered: 01/30/2013) |
| 02/04/2013 | 34 | Response to Motion 33 for Protective Order. Filed by Terry Hardage. (ljb) (Entered: 02/04/2013) |